**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| DAVID A. KIRCHNER | : |
| | : |
| DEBTOR(S) | : BANKRUPTCY NO. 09-19636 SR |

## ORDER

**AND NOW,** upon consideration of the Trustee's Application to Employ Kelly, Parker & Cohen LLP (KPC) as Special Counsel, the Objection of Mazza Vineyards, Inc., after hearing held, the submission of briefs, and for the reasons set forth in the foregoing Opinion, it is hereby

**ORDERED** that the Application is granted in part and denied in part. The Trustee may retain KPC to prosecute the Debtor's prepetition lawsuit filed in the Court of Common Pleas of Lancaster County, *Jon Jon at PRF, Inc. and David Kirchner v. Mazza Vineyards, Inc. t/d/b/a Pennsylvania Renaissance Faire and Mount Hope Estate & Winery*, CI-9-08437. The Trustee's request to employ KPC to pursue any "additional litigation" referenced in ¶ 6 of her application is denied, without prejudice.

By the Court:

*[signature]*

Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated: May 5, 2010

MAILING LIST:

Counsel for Trustee

Robert W. Seitzer, Esquire
MASCHMEYER KARALIS, P.C.
1900 Spruce Street
Philadelphia, PA 19103

Chapter 7 Trustee:

Christine C. Shubert, Esquire
10 Teaberry Drive
Medford, NJ 08055

Counsel for Mazza Vineyards, Inc.

Susan P. Peipher, Esquire
BLAKINGER, BLYER & THOMAS, P.C.
28 Penn Square
Lancaster, PA 17603

Office of the United States Trustee

George Conway, Esquire
833 Chestnut Street
Suite 500
Philadelphia PA 19106

Special Counsel:

Anthony W. Parker, Esquire
KELLY PARKER & COHEN LLP
5425 Jonestown Road, Suite 103
Harrisburg, PA 17112